# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES ANTHONY DAVIS,

    Plaintiff,

v.

COUNTY OF CLARK, *et al.*,

    Defendants.

Case No. 2:10-CV-1792-KJD-GWF

**ORDER**

    Plaintiff filed this action pursuant to 42 U.S.C. § 1983. On February 1, 2011, Magistrate Judge George W. Foley issued an Findings and Recommendations (#6) recommending that Plaintiff's complaint be dismissed with prejudice because Plaintiff failed to pre-pay the filing fee in accordance with the Court's Order (#2). Objections to the findings and recommendation were due no later than February 21, 2011. Payment of the full filing fee was due no later than January 17, 2011.

    More than the allotted time has elapsed and plaintiff has not paid the filing fee or filed objections. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

1  Accordingly, **IT IS HEREBY ORDERED** that the Findings and Recommendations (#6) of
2  the United States Magistrate Judge entered February 1, 2011, are **ADOPTED** and
3  **AFFIRMED**;
4  **IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED with**
5  **prejudice** for failure to comply with the Court's order to pay the filing.
6  DATED this 22nd day of February 2011.

```
                                          _____
                                          Kent J. Dawson
                                          United States District Judge
```

2